IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v | : | CASE NO. 7:06-CV-54 (RLH) |
| | : | |
| $6,997.00 IN UNITED STATES FUNDS, | : | |
| Defendant Property, | : | |
| | : | |
| DAISY CALHOUN MOLLAY, | : | |
| Claimant. | : | |

## FINAL ORDER OF FORFEITURE

On July 7, 2006, Plaintiff filed a Verified Complaint for Forfeiture against the defendant property. The Complaint alleges that the defendant property constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, punishable by more than one year's imprisonment, or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Pursuant to a Warrant of Arrest this Court issued on July 7, 2006, an officer for the United States Marshal Service for the Middle District of Georgia arrested and seized the defendant property on August 8, 2006.

2. The United States perfected service of process of this action on potential claimant Daisy Calhoun Mollay through her attorney.

3. The United States published notice of this action in the <u>Lanier County News</u> on August 31, 2006, September 7, 2006, and September 14, 2006.

4. On July 25, 2006, potential claimant Daisy Calhoun Mollay, through her counsel of record, B. Miles Hannan, Esq., filed an Answer to the Complaint for Forfeiture in this action, asserting claimant Mollay's interest in the defendant property, and later filed a Claim on August 21, 2006.

5. On or about October 18, 2006, potential claimant Daisy Calhoun Mollay, after having been noticed for deposition by the United States, advised Assistant United States Attorney Donald L. Johstono that she no longer wished to assert her interest in the defendant property and wished to withdraw from the action.

6. On October 27, 2006, potential claimant Daisy Calhoun Mollay, through her counsel, filed a Dismissal voluntarily waiving any right or claim to the defendant property.

7. As of November 1, 2006, no other persons or entities have filed a claim and answer in this action and the time for filing claims and answers has now expired.

8. Plaintiff had probable cause to commence this action against and to seek forfeiture of the defendant property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest in the defendant property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant

good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 5th day of December, 2006.

                                                  ***/s/ Richard L. Hodge***
                                                  RICHARD L. HODGE
                                                  UNITED STATES MAGISTRATE JUDGE

PREPARED BY:

DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY